**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BALTHASER ONLINE, INC.,<br><br>        Plaintiff,<br><br>        -against-<br><br>KIMBERLY-CLARK CORPORATION, SWANN'S FURNITURE GALLERY, L.P., LANE FURNITURE INDUSTRIES, INC, LA-Z-BOY INCORPORATED, GALLERY MODEL HOMES INC. d/b/a GALLERY FURNITURE, and LOWE'S COMPANIES, INC.<br><br>        Defendants. | Civil Action No. 2:09-cv-00188-TJW<br>ECF Case |

**DEFENDANT LA-Z-BOY INCORPORATED'S NOTICE OF JOINDER TO GALLERY FURNITURE'S MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a)**

Defendant LA-Z-BOY Inc. ("LA-Z-BOY") presents this Notice of Joinder in Defendant Gallery Model Homes, Inc.'s Motion to Transfer Venue to the Southern District of Texas Pursuant to 28 U.S.C. § 1404(a) ("Gallery's Motion"), Docket Entry No. 68, and would respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 10(c), LA-Z-BOY adopts by reference Gallery's Motion and all papers and pleadings in support thereof in the above referenced matter.

5829970v.2

Respectfully submitted,

/s/ Matt Acosta
John M. Jackson
Texas State Bar No. 24002340
Tom Adolph
Texas State Bar No. 00928900
Matt Acosta
Texas State Bar No. 24062577
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas  75202
(214) 953-6109
(214) 953-5822 - Fax
Email: jjackson@jw.com
Email: tadolph@jw.com
Email: macosta@jw.com

**ATTORNEYS FOR DEFENDANT
LA-Z-BOY INCORPORATED**

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2010, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, June 4, 2010.

/s/ Matt Acosta
Matt Acosta

5829970v.2